UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

EXCLUSIVE DOORS AND
WINDOWS, LLC,

    Debtor.
_____/

Case No. 19-11829-AJC
Chapter 7

Adv. Case No. 21-01044-AJC

MARCIA T. DUNN, Chapter 7 Trustee of the
Bankruptcy Estate of EXCLUSIVE DOORS
AND WINDOWS, LLC,

    Plaintiff,
v.

BRYAN MUNOZ,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Marcia T. Dunn, as Chapter 7 Trustee of the bankruptcy estate of EXCLUSIVE DOORS AND WINDOWS, LLC (the "Trustee" or "Plaintiff"), by and through undersigned counsel, hereby gives notice of filing *Trustee's Motion to Compromise Controversy with Bryan Munoz,* filed in the main bankruptcy case on May 14, 2021 [D.E. 133].

Respectfully submitted May 14, 2021.

        **DUNN LAW, P.A.**
        *Counsel for Chapter 7 Trustee, Marcia T. Dunn*
        66 West Flagler Street, Suite 400
        Miami, Florida 33130
        Tel: (786) 433-3866
        Fax: (786) 260-0269
        michael.dunn@dunnlawpa.com
        jerrod.maddox@dunnlawpa.com

        By: */s/ Michael P. Dunn*
            Michael P. Dunn, Esq.
            Florida Bar No. 100705
            Jerrod M. Maddox, Esq.
            Florida Bar No. 117820

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2021, a true and correct copy of the foregoing was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case; and via first class U.S. Mail upon Defendant Bridgecrest DT Retail, as follows:

Bridgecrest DT Retail
c/o Mary Leigh Phillips, Manager/President
1720 W. Rio Salado Parkway
Tempe, AZ 85291-6590

Bridgecrest DT Retail
c/o Corporation Service Company
Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525

Bridgecrest DT Retail
7300 E. Hampton Ave, Suite 101
Mesa, AZ 85209-3324

By: /s/ Michael P. Dunn
Michael P. Dunn, Esq.
Florida Bar No. 100705
Jerrod M. Maddox, Esq.
Florida Bar No. 117820